```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE SERRANO,                                                    JUDGMENT
                                                                 03-CV- 2970 (JG)
                    Plaintiff,

   -against-


NEW YORK CITY TRANSIT AUTHORITY,




                    Defendant.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 2, 2005, granting New York City Transit Authority's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting New York City Transit Authority's motion for summary judgment.


Dated: Brooklyn, New York
      September 06, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court